**Order entered October 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00575-CV

### FELIPE CARDONA, Appellant

### V.

### SIMMONS ESTATE HOMES I, LP, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05101-F**

## ORDER

We **GRANT** appellant's October 29, 2014 motion for a second extension of time to file brief and **ORDER** the brief be filed no later than December 1, 2014. No further extensions will be granted absent exigent circumstances.

/s/  ADA BROWN
    JUSTICE